**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Davon L. Calloway v. The State of Texas

Appellate case number:   01-17-00899-CR

Trial court case number:  1495161

Trial court:                 263rd District Court

Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Appellant, acting pro se, has filed a motion requesting access to a copy of the appellate record for use in preparing a response to appointed counsel's brief. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014).

We **grant** the motion and **order** the trial court clerk, no later than **10 days** from the date of this order, to provide a copy of the record, including the clerk's record, the reporter's record, and any supplemental records, to the appellant. The trial court clerk shall further certify to this Court, **within 15 days** of the date of this order, the date upon which delivery of the record to the appellant is made. Finally, appellant's response to his appointed counsel's brief shall be filed **within 45 days** of the date of this order.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale _____
                    ☑ Acting individually    ☐ Acting for the Court

Date: February 22, 2018 _____



THE STATE OF TEXAS

Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

RETURN TO SENDER
RELEASED FROM CUSTODY OF
HARRIS COUNTY SHERIFF'S OFFICE

CASE NO. 01-17-00899-CR
DAVON L. CALLOWAY
02747293
TDCJ #02165503 (7M/1)
HARRIS ~~~~~ DIXIE
JOHN S~~~~~
HOUST~~~~~
UNC
77002>2066

P1 HOUSTON
OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
MAR – 7 2018
CHRISTOPHER A. PRINE
CLERK

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 77002206699          *2533-02150-22-40
0003/06/18

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 1W
0001372104 FEB 22 2018
$ 000.47°